| United States Bankruptcy Court<br>MIDDLE District of FLORIDA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>URICE, RANDALL SCOTT | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names Used by the Debtor in the last 6 year<br>(Include married, maiden, & trade names). | All Other Names Used by the Joint Debtor in the last 6 year<br>(Include married, maiden, & trade names): |
| Social Security/Tax Identification No. (if more than one, state all):<br>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 | Social Security/Tax Identification No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>1338 JAMES ST<br>NEW SMYRNA BEACH, FL  32168 | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>VOLUSIA | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 day immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filled** (Check one box) |
|---|---|---|
| ■ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other _____ | | ■ Chapter 7  ☐ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Section 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one Box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-business  ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined by 11 U.S.C. Sec  101.<br><br>☐ Debtor is & elects to be considered a small business under 11 U.S.C.<br>§1121(e) (Optional) | ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3. |

### Statistical/Administrative Information (Estimates only)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>$10 million | $10,000,001<br>$50 million | $50,000,001<br>$100 million | More than<br>$100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>$10 million | $10,000,001<br>$50 million | $50,000,001<br>$100 million | More than<br>$100 million |
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

788716

| **Voluntary Petition (page 2)**<br>(This page must be completed and filed in every case) | Name of Debtor(s) URICE, RANDALL SCOTT, |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (if more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   N/A | Case Number:   N/A | Date Filed·   N/A |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (if more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   N/A | Case Number:   N/A | Date Filed:   N/A |
| District:   N/A | Relationship:   N/A | Judge.   N/A |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11,13, or Title 11 United States Code, under the relief available under each such chapter and chose to proceed under chapter 7.
I request in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~~Randall Urice~~
Signature of Debtor

X _____
Signature of Joint Debtor

386-426-2327
Telephone Number (If not represented by an attorney)

Date:   November 4, 2004

---

**Signature of Attorney**

X _____
Signature of Attorney

X _____
Printed Name of Attorney for Debtor          Bar No.

Firm Name

Address

Telephone Number

Date:

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Printed Name of Authorized Individual

Title of Authorized Individual

Date: _____

---

**Exhibit A**

To be completed if Debtor is required to file periodic reports e.g. forms 10K and 10Q with the Securities and Exchange Commission Pursuant to §13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐   Exhibit A is attached and made a part of this petition.

---

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief under each such chapter.

X _____
Signature of Attorney for Debtor(s)                    Date

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

---

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Rising Sun InterGlobal Ventures, RLLP
Printed Name of Bankruptcy Petition Preparer

59-3682883  (FEIN)
Social Security Number
      3000 Ragis Road
Address
      Edgewater, FL 32132    Phone. 386-409-8908

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document·
VIRGINIA L. WATERMAN, Partner (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)
If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X ~~Virginia L Waterman~~
Signature of Bankruptcy Preparer

Date:   November 4, 2004

A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal rules of Bankruptcy procedure may result in fines or imprisonment or both 11§ U.S.C. §110; 18 U.S.C.§ 156

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

P E T I T I O N   W O R K S H E E T

```
CASE NUMBER...: 04-12069-3F7
DEBTOR........: URICE, RANDALL SCOTT
JOINT.........:
FILED.........: 12/01/2004        CASE TYPE: I  COUNTY: 12127

WHERE.........: SUITE 1-200 [40]
                300 NORTH HOGAN ST.
                JACKSONVILLE, FL  32202

TRUSTEE.......: [ALTMAN, R]

WHEN..........: TUESDAY JANUARY 04, 2005 AT  2:30 p.m.  [34]

DEBTOR'S ATTY.: PROSE
```

MATRIX        _____    INST. APP. _____   20 LRG UNSEC. MATRIX (CH 11) _____

MATRIX ON DISK_____    SOAR        _____

PRO SE         _____                       20 LRG UNSEC. LIST (CH 11)   _____

DISC. OF COMP. _____

_____ EXHIBIT "A" (REQUIRED IF DEBTOR IS A CH 11 CORPORATION)

_____ SUMMARY OF SCHEDULES

_____ SCHEDULES A- J (INDICATE UNDER COMMENTS IF ANY ARE MISSING)

_____ DECLARATION UNDER PERJURY

_____ STATEMENT OF FINANCIAL AFFAIRS

_____ CH 7 STATEMENT OF INTENTIONS

_____ CHAPTER 13 PLAN

COMMENTS: _____

          _____

**CLAIMS BAR DATE:    /  /    / COMPLAINT DATE:     /  /**
**Fee information:**

Total ->    $209.00

URICE, RANDALL SCOTT
1338 JAMES ST
NEW SMYRNA BEACH, FL  32168

RIVERSIDE NATIONAL BANK
P O BOX 400
FT PIERCE, FL  34954-0400

EVERHOME MORTGAGE CO
P O BOX 2167
JACKSONVILLE, FL  32232-0004

CITICARDS
P O BOX 6500
SIOUX FALLS, SD  57117-6500

MBNA AMERICA
P O BOX 1537
WILMINGTON, DE  19886-5137

CHASE
P O BOX 15583
WILMINGTON, DE  19886-1194

LOWE'S
P O BOX 105980
ATLANTA, GA  30353-5980

BELL SOUTH
P O BOX 33009
CHARLOTTE, NC  28243-0001

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

IN RE: **URICE, RANDALL SCOTT**,                                    CASE NO.

                                                                                                  CHAPTER   7

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under

penalty of perjury that the attached Master Mailing List of creditors, consisting of 1 (one) sheet(s)

is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy

Rules and I/we assume all responsibility for errors and omissions.


Dated: ___November 4, 2004__          _Randall Scott Urice_____
                                                             URICE, RANDALL SCOTT

_____

1

# United States Bankruptcy Court

## MIDDLE District of FLORIDA

### NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7:      Liquidation ($209.00 filing fee)**

1    Chapter 7 is designed for debtors in financially difficultly who do not have the ability to pay their existing debts.
2.   Under Chapter 7 a trustee takes possession of all your property  You may claim certain of your property as exempt under governing law.  The trustee then liquidates the property and used the proceeds to pay your creditors according to priorities of the Bankruptcy Code.
3    The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.
4.   Even if you receive a discharge, there are some debts that are not discharged under the law.  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.
5.   Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13:    Repayment of All or Part of the Debts of an Individual with Regular Income ($194.00 filing fee)**

1.   Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.  You are only eligible for Chapter 13 if you debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.   Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings.  Usually, the period allowed by the court to repay your debts is three years, but no more than five years.  Your plan must be approved by the court before it can take effect.
3    Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.
4.   After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11:    Reorganization ($830.00 filing fee)**

1.   Chapter 11 is designed primarily for the reorganization of a business but also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter petition should be reviewed with an attorney.

**Chapter 12:    Family Farmer ($230.00 filing fee)**

1.   Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13.  The eligibility requirements are restrictive, limiting it use to those whose income arises primarily from a family owned farm.

I, the debtor, affirm that I have read this notice.

Date: _11-4-04_        X _Randall Weir_                    _____
                           Signature of Debtor                      Case Number

Date: _____        _____        _____
                                        Signature of Debtor                      Case Number

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE: **URICE, RANDALL SCOTT,**

CASE NO.

CHAPTER   7

### SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $80,000.00 | | |
| B - Personal Property | Yes | 4 | $3,772.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $67,500.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $23,351.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Co-debtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,113.00 |
| J - Current expenditures of Individual Debtor(s) | Yes | 1 | | | $2,382.00 |
| | Total No. of sheet of All Schedule | 16 | | | |
| | Total Assets | | $83,772.00 | | |
| | Total Liabilities | | | $90,851.27 | |

1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE: **URICE, RANDALL SCOTT,**                    CASE NO.

CHAPTER    7

## SCHEDULE A (REAL PROPERTY)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1338 JAMES ST, NEW SMYRNA BEACH, FL  32168 | Homestead | J | $80,000.00 | $65,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** | | | $80,000.00 | $65,000.00 |

1

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE: **URICE, RANDALL SCOTT,**

CASE NO.

CHAPTER   7

## SCHEDULE B (PERSONAL PROPERTY)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand | | | J | $100.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | 5700226121 REGIONS BANK | J | $200.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings including audio, video, and computer equipment | | TV, VCR, | J | $40.00 |
| | X | | | |
| | | TABLE 4 CHAIRS | J | $5.00 |
| | | COUCH, ROCKING CHAIR, COFFEE TABLE, LAMP | J | $20.00 |
| | | DRESSER | J | $10.00 |
| | | DOMESTIC ITEMS AND MICROWAVE | J | $12.00 |
| | | HOUSEHOLD TOOLS & SOME WRENCHES | J | $150.00 |
| | X | | | |
| Sub-Total (total of this page) | | | | $537.00 |
| Total (Use only on last page) | | | | |

1

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, tape, CD, and other collectibles. | X | | | |
| 6.  Office equipment, furnishings, and supplies | X | | | |
| 7.  Wearing apparel. | | ENTIRE WARDROBE - DRESS & CASUAL | J | $15.00 |
| 8.  Furs and jewelry. | X | | | |
| 9.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 10. Interests in insurance policies Name insurance company of each policy and itemize surrender and refund value of each. | X | | | |
| 11. Annuities. Itemize and name each issuer. | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. | X | | | |
| 14. Interests in partnerships or joint ventures. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| Sub-Total (total of this page) | | | | $15.00 |
| Total (Use only on last page) | | | | |

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. | X | | | |
| 23. Licenses, franchises, and other general tangibles, | X | | | |
| 24. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 DODGE RAM1500 | J | $3,220.00 |
| | X | | | |
| | X | | | |
| Sub-Total (total of this page) | | | | $3,220.00 |
| Total (Use only on last page) | | | | |

3

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25.  Boats, motors, and accessories | X | | | |
| 26.  Aircraft and accessories | X | | | |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |
| 29.  Animals | X | | | |
| 30.  Crops-growing or harvested. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. | X | | | |
| Sub-Total (total of this page) | | | | $0.00 |
| Total (Use only on last page) | | | | $3,772.00 |

4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE: **URICE, RANDALL SCOTT,**

CASE NO.

CHAPTER   7

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemption to which debtor is entitled under: (Check one box)

☐   11 U.S.C. Sec. 522(b)(1):   Exemptions provided in 11 U.S.C. Sec. 522(d). Note these exemptions are available only in certain states.

■   11 U.S.C. Sec. 522(b)(2):   Exemptions available under applicable non-bankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable non-bankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Personal Property Schedule B | Florida Statutes Annotated §§222-05,222-11, Constitution Article 10 §4 | $3,772.00 | $3,772.00 |
| 1338 JAMES ST, NEW SMYRNA BEACH, FL  32168 | Florida Statutes Annotated §§222-05,222-11, Constitution Article 10 §4 | $80,000.00 | $80,000.00 |
| | | | |
| **TOTAL** | | $83,772.00 | $83,772.00 |

1

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

IN RE: **URICE, RANDALL SCOTT,**

CASE NO.

CHAPTER   7

### SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

| CREDITOR'S NAME AND MAILING ADDRESS | CO-DEBTOR | HWJC | DATE CLAIM WAS INCURRED: NATURE OF LIEN: DESCRIPTION: MARKET VALUE: | CUD | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| 1.   RIVERSIDE NATIONAL BANK P O BOX 400 FT PIERCE, FL 34954-0400  Acct #: 97034598455 | | J | Date incurred: 2002 Nature of Lien: AUTO LOAN Description: 1996 DODGE RAM 1500  Market Value: 3220.00 | U | $2,500.00 | $720.00 |
| 2.   EVERHOME MORTGAGE CO P O BOX 2167 JACKSONVILLE, FL 32232-0004  Acct #: 0000354529 | | J | Date incurred: 2001 Nature of Lien: MORTGAGE Description: 1338 JAMES ST, NEW SMYRNA BEACH, FL  Market Value: 80000 | U | $65,000.00 | $15,000.00 |
| 3.  Acct #: | | | Date incurred: Nature of Lien: Description:  Market Value: | | | $0.00 |
| Sub-Total (total of this page) | | | | | $67,500.00 | $15,720.00 |
| Total (Use only on last page) | | | | | | |

1

| CREDITOR'S NAME AND MAILING ADDRESS | C O - D E B T O R | H W J C | DATE CLAIM WAS INCURRED: NATURE OF LIEN: DESCRIPTION: MARKET VALUE: | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| 4.<br><br>Acct #: | | | Date incurred:<br>Nature of Lien:<br>Description:<br>Market Value: | | | $0.00 |
| 5.<br><br>Acct #: | | | Date incurred:<br>Nature of Lien:<br>Description:<br>Market Value: | | | $0.00 |
| 6.<br><br>Acct #: | | | Date incurred:<br>Nature of Lien:<br>Description:<br>Market Value: | | | $0.00 |
| Sub-Total (total of this page) | | | | | $0.00 | $0.00 |
| Total (Use only on last page) | | | | | $67,500.00 | $15,720.00 |

2

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE: **URICE, RANDALL SCOTT,**

CASE NO.

CHAPTER    7

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

■    Check the box if debt has no creditors holding unsecured claims to report in the Schedule E.

**TYPES OF PRIORITY CLAIMS**

☐    **Extensions of credit in an involuntary case.** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. §507(a)(2).

☐    **Wages, salaries, and commissions.** Wages, salaries, and commissions, including vacation, severance, sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(3).

☐    **Contributions to employee benefit plans.** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(4).

☐    **Certain farmers and fishermen.** Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(5).

☐    **Deposits by individuals.** Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental property or services for personal, family, or household use, that were not delivered or provided  11 U.S.C  §507(a)(6).

☐    **Alimony, maintenance, or support.** Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance or support, to the extent provided in 11 U.S.C. §507(a)(7).

☐    **Taxes and certain other debts owed to the governmental units.** Taxes, customs duties and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐    **commitments to maintain the capital of an insured depository institution.** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. §507(a)(9).

☐    **Other priority debts** *Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commended on or after the date of adjustment.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O - D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| 7. | | | | | | |
| 8. | | | | | | |
| | | | | | | |
| | | | TOTAL | | $0.00 | $0.00 |

1

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE: **URICE, RANDALL SCOTT,**

CASE NO.

CHAPTER   7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 9.  CITICARDS<br>P O BOX 6500<br>SIOUX FALLS, SD  57117-6500<br><br>Acct # 5424180136930226 | | J | Date incurred: 2003<br>Consideration: | | X | | $8,044.77 |
| 10.  MBNA AMERICA<br>P O BOX 1537<br>WILMINGTON, DE  19886-5137<br><br>Acct # 4264293948129816 | | J | Date incurred: 2003<br>Consideration: | | X | | $9,483.26 |
| 11.  CHASE<br>P O BOX 15583<br>WILMINGTON, DE  19886-1194<br><br>Acct # 5323503490464650 | | J | Date incurred: 2003<br>Consideration: | | X | | $3,351.54 |
| 12.  LOWE'S<br>P O BOX 105980<br>ATLANTA, GA  30353-5980<br><br>Acct # 82222101530099 | | J | Date incurred:<br>Consideration: | | X | | $2,371.70 |
| 13.  BELL SOUTH<br>P O BOX 33009<br>CHARLOTTE, NC  28243-0001<br><br>Acct # 38642623276390560 | | J | Date incurred: 2004<br>Consideration: | | X | | $100.00 |
| | | | | | Sub-Total (total of this page) | | $23,351.27 |
| | | | | | Total (Use only on last page) | | |

1

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O - D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 14.<br><br>Acct # | | | Date incurred:<br>Consideration: | | | | |
| 15.<br><br>Acct # | | | Date incurred:<br>Consideration: | | | | |
| 16.<br><br>Acct # | | | Date incurred:<br>Consideration: | | | | |
| 17.<br><br>Acct # | | | Date incurred:<br>Consideration: | | | | |
| 18.<br><br>Acct # | | | Date incurred:<br>Consideration: | | | | |
| 19.<br><br>Acct # | | | Date incurred:<br>Consideration: | | | | |
| Sub-Total (total of this page) | | | | | | | $0.00 |
| Total (Use only on last page) | | | | | | | |

2

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O - D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 20.<br><br>Acct # | | | Date incurred:<br>Consideration: | | | | |
| 21.<br><br>Acct # | | | Date incurred:<br>Consideration: | | | | |
| 22.<br><br>Acct # | | | Date incurred:<br>Consideration: | | | | |
| 23.<br><br>Acct # | | | Date incurred:<br>Consideration: | | | | |
| Sub-Total (total of this page) | | | | | | | $0.00 |
| Total (Use only on last page) | | | | | | | $23,351.27 |

3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE: **URICE, RANDALL SCOTT,**

CASE NO.

CHAPTER  7

### SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing address of all other parties to each lease or contract described.

NOTE:     A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule.

■       Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FROM NON-RESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE: **URICE, RANDALL SCOTT,**                    CASE NO.

                                                                        CHAPTER   7

## SCHEDULE H (CO-DEBTORS)

Provide the information requested concerning any persona or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers, In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse during the six years immediately preceding the commencement of this case.

■    Check this box if there are no co-debtors

| NAME AND ADDRESS OF CO-DEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |
| | |
| | |

1

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE: **URICE, RANDALL SCOTT,**

CASE NO.

CHAPTER  7

### SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| DEBTOR'S MARITAL STATUS | DEPENDENTS OF DEBTOR AND SPOUSE | | | | | |
|---|---|---|---|---|---|---|
| | NAME      AGE        RELATIONSHIP | | | NAME      AGE        RELATIONSHIP | | |
| MARRIED | RANDALL URICE II, 7, SON | | | MATTHEW URICE, 1, SON | | |
| | | | | | | |
| EMPLOYMENT | DEBTOR | | | SPOUSE | | |
| OCCUPATION | SHEET METAL FOREMAN | | | | | |
| EMPLOYER NAME | G & W ROOFING, EDGEWATER, FL | | | | | |
| YEARS EMPLOYED | 1 YR | | | | | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commission (pro rate if not paid monthly) | $2,730.00 | |
| Estimated monthly overtime | $0.00 | $0.00 |
| **Income Subtotal** | $2,730.00 | $0 00 |
| **DEDUCTIONS** | | |
| Payroll/Social Security Taxes | $617.00 | |
| Insurance | $0.00 | $0.00 |
| Union Dues | $0.00 | $0.00 |
| Retirement | $0.00 | $0.00 |
| Other (specify) | $0.00 | $0.00 |
| **Deductions Subtotal** | $617.00 | $0.00 |
| **Total Net Monthly Take Home Pay** | **$2,113.00** | **$0.00** |
| **OTHER INCOME** | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable  for the debtor's use or that of an above listed dependent | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0 00 | $0.00 |
| Other monthly income (specify) | $0.00 | $0.00 |
| **Total Monthly Income** | $2,113.00 | $0 00 |

| **TOTAL COMBINE MONTHLY INCOME** | **$2,113.00** | |
|---|---|---|

1

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE: **URICE, RANDALL SCOTT,**

CASE NO.

CHAPTER   7

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. If this box is checked, complete a separate schedule of expenditures labeled "Spouse"

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $613.00 |
| Are real estate taxes included _____ Yes;  if No enter monthly amount. | $0.00 |
| Is property insurance included _____ Yes, if No enter monthly amount | $0.00 |
| Electricity and heating fuel | $180.00 |
| Water & sewer | |
| Telephone | $120.00 |
| Other utility expense | $0.00 |
| Home Maintenance (repairs/upkeep) | $0.00 |
| Food | $650.00 |
| Clothing | $120.00 |
| Laundry/Dry cleaning | |
| Medical/Dental Expense | $40.00 |
| Transportation (not including car payment) | $165.00 |
| Recreation, clubs, and entertainment, newspapers, magazines, etc | $0.00 |
| Charitable contributions | $0.00 |
| Other expense CABLE TV | $50.00 |
| Homeowner's or renters insurance | $0.00 |
| Life insurance | $0.00 |
| Health insurance | $0.00 |
| Auto insurance | $100 00 |
| Other insurance | $0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | $0.00 |
| Installment payments: (in Chapter 12 and 13 cases, do not list payments included in the plan) | $0.00 |
| Auto payments | $344.00 |
| Other installment payments | $0.00 |
| Other installment payments | $0.00 |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| **TOTAL MONTHLY EXPENSES** | **$2,382.00** |

2

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE: **URICE, RANDALL SCOTT,**

CASE NO.

CHAPTER   7

## DECLARATION OF DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 17 sheets and that they are true and correct to the best of my knowledge, information, and belief.

Date:   November 4, 2004

X _Randoll Urice_____
Signature of Debtor

Date:   November 4, 2004

_____
Signature of Joint Debtor

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I have prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_Rising Sun InterGlobal Ventures, RLLP
Virginia L. Waterman_
Printed Name of Bankruptcy Petition Preparer

FEIN: 59-3682883
Social Security Number: 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

_Virginia L. Waterman_
Signature of Bankruptcy Petition Preparer

November 4, 2004

3000 Ragis Road, Edgewater, FL  32132
Address

386/409-8908
Phone
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 17 sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___November 4, 2004_____

_____
Signature

_____
Printed name of individual signing on behalf of debtor

1

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE: **URICE, RANDALL SCOTT,**

CASE NO.

CHAPTER   7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filled under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family partner, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors, Debtors that are or have been in business, as defined below, also must complete Questions 16-21.  Each question must be answered, If the answer to any question is "None" or the question is not applicable, mare the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the cause name, case number (if known), and the number of the question.

## DEFINITIONS

**In Business** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation: a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

**Insider** The term "insider" includes but is not limited to; relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors and any person in control of a corporate debtor and other relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

### 1.   Income from employment or operation of business

None
☐

State the gross income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | DEBTOR/CO-DEBTOR | SOURCE |
|---|---|---|---|
| | 27300 | URICE, RANDALL SCOTT | YTD FROM EMPLOYMENT |
| | 30000 | URICE, RANDALL SCOTT | 2003 - 1040 |
| | 30000 | URICE, RANDALL SCOTT | 2002 - 1040 |

**2.    Income other than from employment or operation of business.**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately precedent the commencement of this case.  Give particulars if a joint petition is filed, state income for each spouse separately.  (married debtors filing under Chapter 12 or Chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

Amount                                                              Source

**3.    Payments to creditors.**

None
■

A. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

B. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petitio is filed, unless the spouses are separated and a joint petition is not filed.

| NAME & ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.    Suits and administrative proceedings, executions, garnishments and attachments.**

None
■

A. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately proceeding the filing of this bankruptcy case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT/CASE NUMBER. | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

B. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petitio is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION & VALUE OF PROPERTY |
|---|---|---|

2

**5.      Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petitio is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.      Assignments and receiverships.**

None
■

A. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include any assignment by either or both spouses whether or not a joint petitio is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

B. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petitio is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CUSTODIAN | NAME & LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.      Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under Chapter 12 or Chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION & VALUE OF GIFT |
|---|---|---|---|

**8.    Losses**

None

■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under Chapter 12 or Chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION & VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None

■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.    Other transfers**

None

■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include transfers by either or both spouses whether or no a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME OF ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED & VALUE RECEIVED |
|---|---|---|

**11.    Closed financial accounts**

None

■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, o other instruments; shares and shares accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

| NAME & ADDRESS OF INSTITUTION | TYPE & NUMBER OF ACCOUNT & AMOUNT OF FINAL BALANCE | DATE OF SALE OR CLOSING |
|---|---|---|

4

### 12.    Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under Chapter 12 or Chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES & ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.    Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME & ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.    Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME & ADDRESS OF OWNER | DESCRIPTION & VALUE OR PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.    Prior address of debtor

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| | URICE, RANDALL SCOTT, | |

5

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **two years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation: a partner, other than a limited partner, or a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the **two years** immediately preceding the commencement of this case.)

### 16. Nature, location and name of business.

None
■

a.   If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **two years** immediately preceding the commencement of this case.

None
■

b.  If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

None
■

c.  If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

| Name | Address | Nature of business | Beginning and ending dates of operation |
|---|---|---|---|

### 17. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within the **six years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor

| Name | Address | Dates services rendered |
|---|---|---|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| Name | Address | Dates services rendered |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, please explain.

| Name | Address |
|---|---|

6

None ■     d.  List all financial institutions, creditors and other parties, including Mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| Name | Address | Date issued |
| --- | --- | --- |

### 18.  Inventories

None ■     a.  List the dates of the **last two** inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of inventory | Inventory supervisor | Dollar amount of inventory (Specified cost, market or other basis) |
| --- | --- | --- |

None ■     b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| Names and addresses of custodian Of inventory records | Date of inventory |
| --- | --- |

### 19.  Current partners, officers, directors and shareholders

None ■     a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| Name and address | Nature of interest | Percentage of interest |
| --- | --- | --- |

None ■     b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of  the corporation.

| Name and address | Title | Nature and percentage Of stock ownership |
| --- | --- | --- |

### 20.  Former partners, officers, directors and shareholders

None ■     a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case .

| Name | Address | Date of withdrawal |
| --- | --- | --- |

None ■     b.  If the debtor is a corporation, list all officers or directors whose relationship with the Corporation terminated within **one year** immediately preceding the commencement of this case.

| Name address | Title | Date of termination |
| --- | --- | --- |

7

**21. Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or
■  given to an insider, including compensation in any form, bonuses, loans, stock predictions,
options exercised in any other perquisite during **one year** immediately preceding the
commencement of this case.

| Name and address of recipient | Relationship to debtor | Date and purpose Of withdrawal | Amount of money or description and value of property |
|---|---|---|---|

[if completed by an individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and my attachments thereto and that they are true and correct.

Date:____November 4, 2004_____        X _Ronald L. Win_____
                                          Signature of the debtor

Date:____November 4, 2004_____        _____
                                          Signature of the joint debtor

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_Rising Sun InterGlobal Ventures, RLLP / VIRGINIA L. WATERMAN          Names and Social Security
Printed or Typed Name of Bankruptcy Petition Preparer                 Numbers of all other individuals
                                                                      Who prepared or assisted in
__FEIN: 59-3682883        SS# 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_____                         preparing this document.
 Social Security Number                                               If more than one person prepared this
                                                                      document, attach additional signed sheets
_3000 Ragis Road, Edgewater, FL 32132       _                         Conforming to the appropriate Official Form
                                                                      For each person.
___386-409-8908___
Phone:_____                                     ____November 4, 2004_____
X _Virginia L. Waterman_                                              Date
Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 in the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.    [If completed on behalf of a partnership for corporation]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date_____        Signature_____

                              _____
                              Print Name and Title
[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]                    Continuation sheets attached
**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571.**

8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE District of FLORIDA

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

IN RE: URICE, RANDALL SCOTT,

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

a.      Property to be Surrendered:     NONE

b.      Property to be Retained:--All property listed hereunder  is claimed to be exempt

| All Personal Property as Listed in Schedule "B" | Personal Property | $3,772.00 | $3,772.00 |
|---|---|---|---|
| 1338 JAMES ST, NEW SMYRNA BEACH, FL 32168 | Homestead | $80,000.00 | 80000 |

Date:___*11-4-04*___          ____*Randall Urice*_____
                                   Signature of Debtor:

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
## (See 11 U.S.C. § 110)

   I certify that I am  a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_Rising Sun InterGlobal Ventures, RLLP / VIRGINIA L. WATERMAN
Printed or Typed Name of Bankruptcy Petition Preparer

__FEIN: 59-3682883          SS# 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_____
Social Security Number

_3000 Ragis Road, Edgewater, FL  32132

____386-409-8908_____
Phone:
X  *Virginia L. Waterman*
Signature of Bankruptcy Petition Preparer

Names and Social Security
Numbers of all other individuals
Who prepared or assisted in
preparing this document.
If more than one person prepared this
document, attach additional signed sheets
Conforming to the appropriate Official Form
For each person.

____November 4, 2004_____
Date

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 in the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.**

1

## United States Bankruptcy Court
## MIDDLE District of FLORIDA

In re: URICE, RANDALL SCOTT,                    Bankruptcy Case No._____
                                                        Chapter 7

Address:    1338 JAMES ST, NEW SMYRNA BEACH, FL 32168
Social Security No(s).:   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
Employer's Tax Identification No(s). [if any]: _____

### DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1.    Under 11 U.S.C. §110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared one or more document for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For document preparation services, I have agreed to accept............................ $150.00

Prior to the filing of this statement I have received ......................................... $150.00

Balance due........................................................................................................ $0.00

2.    I have prepared or caused to be prepared the following documents (itemize):

Notice to Individual Consumer Debtor(s)
Voluntary Petition
Declaration of Bankruptcy Petition Preparer
Disclosure of Compensation of Bankruptcy Petition Preparer
Schedule A (Real Property)
Schedule B (Personal Property)
Schedule C (Property Claimed as Exempt)
Schedule D (Creditors Holding Secured Claims)
Schedule E (Creditors Holding Unsecured Priority Claims)
Schedule F (Creditors Holding Unsecured Nonpriority Claims)

Schedule G (Executory Contracts and Unexpired Leases)
Schedule H (Co-debtors)
Schedule I (Current Income of Individual Debtors)
Schedule J (Current Expenditures of Individual Debtors)
Summary of Schedules
Declaration of Debtor's Schedules
Statement of Financial Affairs
Chapter 7 Individual Debtor's Statement of Intention
Creditor Matrix

and provided the following services (itemize):    **Data Entry of Information provided**

3.    The source of the compensation paid to me was:
      ■ Debtor          ☐ Other (specify)

4.    The source of compensation to be paid to me is:
      ☐ Debtor          ☐ Other (specify)

5.    The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.    To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

Name: Virginia L. Waterman    Social Security Number:    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

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _Virginia L Waterman_       59-3682883 FEIN / 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    November 4, 2004
Signature                      Social Security Number          Date

**Rising Sun InterGlobal Ventures, RLLP, Virginia L. Waterman, 3000 Ragis Road, Edgewater, FL  32132**
A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal rules of Bankruptcy procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

1